UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOUTH FERRY LP #2, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

KERRY K. KILLINGER, *et al.*,

    Defendants.

Case No. C04-1599-JCC

AFFIDAVIT OF PAUL J. ANDREJKOVICS RE: PUBLICATION OF THE SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION AND SETTLEMENT HEARING

STATE OF NEW YORK    )
    ) ss.:
COUNTY OF NEW YORK  )

PAUL J. ANDREJKOVICS, being first duly sworn, deposes and says:

I am a member of the law firm of Milberg LLP, one of Plaintiffs' Co-Lead Counsel in the above-captioned class action (the "Action"). I submit this affidavit in order to provide the Court and the parties to the Action with information regarding the publication of a summary notice substantially in the form approved by the Court (the "Publication Notice"). I have personal knowledge of the facts stated herein.

1. The Court's Preliminary Order for Notice and Hearing in Connection with Settlement Proceedings, dated December 2, 2011, directed that the Publication Notice be published in the global edition of *The Wall Street Journal* and to be transmitted over the Global Media Circuit of *Business Wire*. As shown in the affidavit of publication attached hereto as Exhibit 1, the Publication Notice was published in the global edition of *The Wall Street Journal*

1  on February 24, 2012.  As shown in the order summary attached hereto as Exhibit 2, a release
2  was issued over the Global Media Circuit of *Business Wire* on February 24, 2012 at 6:30 AM US
3  Eastern Time Zone.

_____
Paul J. Andrejkovics

5  Sworn to before me this
   4th day of April, 2012

_____
Notary Public

DAVID LEIFER
Notary Public, State of New York
No. 01LE6161665
Qualified in Kings County
Commission Expires 05/04/2015

EXHIBIT 1

# AFFIDAVIT

**STATE OF TEXAS**        )
                          )
**CITY AND COUNTY OF DALLAS)**

I, Roy Oteo, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, Asia and Europe, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for Global distribution for

1   insertion(s) on the following date(s):

FEB-24-2012;

ADVERTISER: WASHINGTON MUTUAL, INC.;

and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
27   day of   February     2012

_____
Notary Public

DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2014

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTH FERRY LP #2, individually and on behalf of all others similarly situated, Plaintiff, vs. KERRY K. KILLINGER, et al., Defendants. | Case No. C04-1599 JCC SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT, AND SETTLEMENT HEARING |

TO: ALL PERSONS WHO PURCHASED THE COMMON STOCK OF WASHINGTON MUTUAL, INC. BETWEEN APRIL 15, 2003 AND JUNE 28, 2004, INCLUSIVE, AND WHO WERE DAMAGED THEREBY (THE "CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned Action has been certified as a class action and that a Settlement for $41.5 million in cash has been proposed. A hearing will be held before The Honorable John C. Coughenour in the U.S. Courthouse, 700 Stewart Street, Seattle, Washington 98101, at 9:30 a.m., on June 5, 2012 to determine whether the proposed Settlement should be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND. If you have not yet received the full printed Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees, and Settlement Fairness Hearing and a Proof of Claim form, you may obtain copies of these documents by contacting the Claims Administrator:

WaMu 2004 Common Stock Litigation
c/o Rust Consulting, Inc.
Claims Administrator
Post Office Box 2493
Faribault, MN 55021-9193
(877) 310-0495
www.WaMu2004CommonStockLitigation.com

Inquiries, other than requests for the forms of Notice and Proof of Claim, may be made to Plaintiffs' Co-Lead Counsel:

Lori G. Feldman
Milberg LLP
One Penn Plaza
New York, NY 10119-0165
(212) 594-5300

William H. Narwold
Motley Rice LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1681

To participate in the Settlement, you must submit a Proof of Claim no later than July 2, 2012. If you are a Class Member and do not exclude yourself from the Class, you will be permanently bound by the Court's Final Judgment and Order of Dismissal with Prejudice. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than May 4, 2012. Any objections to the Settlement must be filed by May 4, 2012. If you are a Class Member and do not submit a proper Proof of Claim, you will not share in the Settlement but you nevertheless will be permanently bound by the Court's Final Judgment and Order of Dismissal with Prejudice.

Further information may be obtained by contacting the Claims Administrator at (877) 310-0495.

By Order of The Court

EXHIBIT 2



February 24, 2012 06:30 AM Eastern Time

## Milberg LLP and Motley Rice LLC Announce the Proposed Settlement of a Securities Class Action Lawsuit Involving Washington Mutual, Inc. Common Stock Purchased between April 15, 2003 and June 28, 2004, Inclusive

NEW YORK--(BUSINESS WIRE)--In the United States District Court for the Western District of Washington at Seattle, in *South Ferry LP #2 v. Kerry K. Killinger, et al.,* Case No. C04-1599-JCC, a summary notice has been issued as follows:

> Summary Notice of Pendency of Class Action, Proposed Settlement and Settlement Hearing

TO: All persons who purchased the common stock of Washington Mutual, Inc. between April 15, 2003 and June 28, 2004, inclusive, and who were damaged thereby (the "Class").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned Action has been certified as a class action and that a Settlement for $41.5 million in cash has been proposed. A hearing will be held before The Honorable John C. Coughenour in the U.S. Courthouse, 700 Stewart Street, Seattle, Washington 98101, at **9:30 a.m.**, on **June 5, 2012** to determine whether the proposed Settlement should be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND. If you have not yet received the full printed Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees, and Settlement Fairness Hearing and a Proof of Claim form, you may obtain copies of these documents by contacting the Claims Administrator:

WaMu 2004 Common Stock Litigation
c/o Rust Consulting, Inc., Claims Administrator
Post Office Box 2493
Faribault, MN 55021-9193
(877) 310-0495
*www.WaMu2004CommonStockLitigation.com*

Inquiries, other than requests for the forms of Notice and Proof of Claim, may be made to Plaintiffs' Co-Lead Counsel: Lori G. Feldman, Milberg LLP, One Penn Plaza, New York, NY 10119-0165, Telephone: (212) 594-5300 or William H. Narwold, Motley Rice LLC, One Corporate Center, 20 Church Street, 17th Floor, Hartford, CT 06103, Telephone: (860) 882-1681.

To participate in the Settlement, you must submit a Proof of Claim no later than **July 2, 2012**. If you are a Class Member and do not exclude yourself from the Class, you will be permanently bound by the Court's Final

Judgment and Order of Dismissal with Prejudice. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than **May 4, 2012**. Any objections to the Settlement must be filed by **May 4, 2012**. If you are a Class Member and do not submit a proper Proof of Claim, you will not share in the Settlement but you nevertheless will be permanently bound by the Court's Final Judgment and Order of Dismissal with Prejudice.

Further information may be obtained by contacting the Claims Administrator at (877) 310-0495.

By Order of The United States District Court for the Western District of Washington at Seattle

## Contacts

Milberg LLP
Lori G. Feldman, Esq., 212-594-5300
or
Motley Rice LLC
William H. Narwold, Esq., 860-882-1681



BusinessWire