# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **SOUTH FERRY LP #2, individually and on behalf of all others similarly situated**,<br><br>Plaintiff,<br><br>v.<br><br>**KERRY K. KILLINGER, et al.**,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C04-1599-JCC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Lead Plaintiffs' motion for final approval of the class action settlement and the plan of allocation of settlement proceeds (Dkt. No. 269) is GRANTED. This action is DISMISSED WITH PREJUDICE, and the Clerk of Court is directed to CLOSE this case.

DATED this 5th day of June 2012.

WILLIAM M. MCCOOL
Clerk

s/Tim Farrell
Deputy Clerk
